JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Talia De La Cruz,<br><br>        Plaintiff,<br><br>  v.<br><br>Collectcorp Corporation,<br><br>        Defendant(s).<br>_____ | SACV 09-1456-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:    February 26, 2010

                                    _____<br>
                                       James V. Selna<br>
                                   United States District Judge